IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 25-mj-7076-MAB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Title 8 |
| LUIS NAVARRO-CHAPOL | ) | United States Code, |
| | ) | Section 1326(a) |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Ian Sikes, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### ILLEGAL REENTRY AFTER DEPORTATION

On or about May 19, 2025, in Madison County, in the Southern District of Illinois,

**LUIS NAVARRO-CHAPOL**,

an alien, was found in the United States after having been removed on or about July 27, 2016, at or near Laredo, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## AFFIDAVIT

I am a Special Agent with the Department of Homeland Security (DHS) Homeland Security Investigations (HSI), and I have been so employed since April 2024. My duties as a Special Agent include the investigations related to human trafficking, child exploitation, narcotics smuggling, financial crimes, and criminal violations of the Immigration and Nationality Act. I recently investigated the suspected unlawful presence in the United States

of an individual named Luis Navarro-Chapol. According to official records maintained by Immigration and Customs Enforcement (ICE), Navarro-Chapol is a Mexican national who has been removed on one prior occasion from the United States to Mexico, on July 27, 2016, in Laredo, Texas.

On May 19, 2025, I was assisting ICE Enforcement and Removal Operations (ERO) with the arrest of Navarro-Chapol's brother, Reynaldo Navarro-Chapol, who was previously removed from the United States. When ICE was conducting surveillance of Reynaldo Navarro-Chapol we encountered Luis Navarro-Chapol. Luis provided his Illinois Driver's License, and a records check revealed that he did not have lawful status in the United States. Luis Navarro-Chapol was taken into ICE ERO custody by Federal Law Enforcement Officers.

Luis Navarro-Chapol was transported to the St. Louis, MO ICE office without incident. I processed him with the assistance of other ICE Officers. His fingerprints were run through federal criminal databases, which revealed previous immigration history. Enforce Alien Removal Module Database showed that Luis Navarro-Chapol had previously been issued an Expedited Order of Removal on July 26, 2016, and that he was removed from the United States to Mexico on July 27, 2016, in Laredo, Texas. Luis Navarro-Chapol stated he re-entered the United States through Texas on an unknown date. He advised that he resides in Granite City, Illinois. Luis Navarro-Chapol is currently in ICE ERO custody in St. Genevieve County Jail in St. Genevieve, Missouri.

According to official records maintained by ICE, following his removal to Mexico on July 27, 2016, Luis Navarro-Chapol never received permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States. Based on the above information, Luis NAVARRO-CHAPOL is an alien who was found in the United States after having been previously removed from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT,

*Ian Sikes*
_____
IAN W SIKES
Special Agent
Homeland Security Investigations

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed.R.Crim. P.4.1 on this  28    day of May, 2025.

*Mark A. Beatty*
_____
MARK A. BEATTY
United States Magistrate Judge

/s/ Madalyn J. Campbell
MADALYN J. CAMPBELL
Assistant United States Attorney